# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

146848

CHERYL D. HARPER,
      Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146848
AGC: 0978-12

_____/

      On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

h0127